AO 440 (Rev. 8/01) Summons in a Civil Action

*E-filing*

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

ANDREW KINDT, and TRISTEN WOODS, on behalf of themselves and all others similarly situated,

Plaintiff,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07-04938

V.

SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; LEXAR MEDIA, INC.; RENESAS TECHNOLOGY CORPORATION; RENESAS TECHNOLOGY AMERICA, INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; HITACHI, LTD.; HITACHI AMERICA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; MITSUBISHI ELECTRIC CORP.; MITSUBISHI ELECTRIC & ELECTRONICS U.S.A., INC.; MOSEL VITELIC INC.; MOSEL VITELIC CORPORATION; WINBOND ELECTRONICS CORPORATION; WINBOND ELECTRONICS CORPORATION AMERICA, INC; and SANDISK COMPANY.

Defendants.

TO: (Name and address of Defendant)

SAMSUNG ELECTRONICS CO., LTD. Samsung Main Bldg. 250-2 ga, Taepyung-ro Chung-gu, Seoul, Korea; SAMSUNG SEMICONDUCTOR, INC. 3655 N. First St., San Jose, CA; HYNIX SEMICONDUCTOR, INC. SAN 136-1, Ami-Ri Bubal-eub, Ichon-si, Kyongki-do, Korea; HYNIX SEMICONDUCTOR AMERICA, INC., 3101 N. First St., San Jose, CA; MICRON TECHNOLOGY, INC. 8000 S. Federal Way, Boise, ID; MICRON SEMICONDUCTOR PRODUCTS, INC. 8000 S. Federal Way, Boise, ID; LEXAR MEDIA, INC., 47300 Bayside Parkway, Fremont, CA; RENESAS TECHNOLOGY CORPORATION Marunouchi Bldg. 4-1, Marunouchi 2-chome, Chiyoda-ku Tokyo 100-6334, Japan; RENESAS TECHNOLOGY AMERICA, INC. 450 Holger Way, San Jose, CA; TOSHIBA CORPORATION 1-1, Shibabaura 1-chome, Mnato-ku, Tokyo 105-Japan; TOSHIBA AMERICA, INC., 1251 Avenue of the Americas, Suite 4110, New York, NY; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC. 19900 MacArthur Blvd., Suite 400, Irvine, CA ; HITACHI, LTD. 6-1 Marunouchi Center Bldg., 13F Chiyoda-ku,Tokyo,100-8220, Japan; HITACHI AMERICA, LTD. 50 Prospect Ave., Tarrytown, NY; HITACHI ELECTRONIC DEVICES (USA), INC. 575 Mauldin Rd., Greenville, SC; MITSUBISHI ELECTRIC CORP., Tokyo Bldg 2 7 3, Marunouchi, Chiyoda-ku, Tokyo 100-8310, Japan; MITSUBISHI ELECTRIC & ELECTRONICS U.S.A., INC., 500 Corporate Woods Parkway, Vernon Hills, IL; MOSEL VITELIC INC., No. 19 Li Hsin Road, Hsinchu Science Based Industrial Park, Hsinchu, Taiwan; MOSEL VITELIC CORPORATION, 3910 N. First Street, San Jose, CA; WINBOND ELECTRONICS CORPORATION, 4, Creaton Road, 111, Science Based Industrial Park, Hsinchu, Taiwan; WINBOND ELECTRONICS CORPORATION AMERICA, INC., 2727 N. First Street, San Jose, CA.; and SANDISK COMPANY, 601 McCarthy Blvd., Milpitas, CA.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Craig C. Corbitt
ZELLE, HOFMANN, VOELBEL, MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

an answer to the complaint which is served on you with this summons, within  20 (twenty)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

SEP 24 2007

| CLERK | DATE |
|---|---|

CYNTHIA LENAHAN

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
|---|---|

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were _____

☐ Returned _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                *Signature of Server*

                         _____
                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.